# EXHIBIT C

```
 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
 2
    _____
 3  The ESTATE OF JOHN HELBING by      : NO. 1:10-CV-1117
    SANDRA HELBING and ALLISON LIST,   :
 4  Personal Representatives,          :
                                       :
 5               Plaintiffs,           :
                                       :
 6         vs                          :
                                       :
 7  WYNDHAM HOTELS AND RESORTS, LLC,   :
                                       :
 8               Defendant.            :
    _____:
 9

10

11

12
        Deposition of:  MICHAEL MYERS
13
        Taken by     :  Plaintiffs
14
        Date         :  October 4, 2010, 10:20 a.m.
15
        Place        :  Wyndham Gettysburg
16                      Lincoln Meeting Room
                        95 Presidential Circle
17                      Gettysburg, Pennsylvania

18      Before       :  Lucinda K. Love
                        Reporter, Notary Public
19

20

21

22
                      cindylove@comcast.net
23             Serving South Central Pennsylvania
                         717.578.2197
24
```

```
 1  APPEARANCES:

 2  RICHARD OARE, ESQUIRE
    1434 South George Street
 3  York, Pennsylvania   17403
    717.846.3000
 4
          For Plaintiffs
 5
    POST & SCHELL, P.C.
 6  By:   MARC H. PERRY, ESQUIRE
    Four Penn Center
 7  1600 John F. Kennedy Boulevard
    Philadelphia, Pennsylvania   19103
 8  215.587.1000

 9        For Defendant

10
    ALSO PRESENT:
11
    SANDRA HELBING
12  ALLISON LIST

13

14

15

16

17

18

19

20

21

22

23

24
```

1  MR. OARE:  Off the record.
2              - - -
3     (Whereupon discussion was held off the
4  record.)
5  BY MR. OARE:
6     Q.  So tell me what you know about this
7  particular incident?  What happened on the morning
8  of February 1st, 2008 when you came in to work?
9     A.  I was already on duty working the desk, a
10 slow morning because in February our hotel is not
11 very busy, standing more in front of the front desk
12 area, not behind it.  A lady came walking through,
13 a lady and a gentleman came walking through the
14 front entrance, made the statement, My husband just
15 fell out front.  I'm not quite sure what else was
16 said, probably are you going to check that or are
17 you --
18    Q.  I only want you to tell me what you
19 recollect because anything beyond that, you're just
20 speculating or guessing.  Right?  And I don't want
21 you to sit here and tell me well, this is what I
22 would have done or should have done or could have
23 done.  I want you to tell me what you remember.
24 Let's start with that.  Just tell me what you

remember?

A.  So the statement was made, my husband just fell out front. I asked and replied if they needed help, if they needed medical attention, if they were okay.  They continued to walk away from me as I was asking those questions.  And at that point the conversation ended.  They walked away.

Q.  Let's just stop there and let's deal with that.  What did you see with respect to your recollection of Mr. Helbing and his condition?

MR. PERRY:  I'm going to just object as to form, Richard.  The conditions are --

BY MR. OARE:

Q.  Let me rephrase it and be more crisp.  What did you observe of Mr. Helbing's condition?  What was his appearance, as you recollect that incident?

A.  In what way?

Q.  Well, was he standing?

MR. PERRY:  Can we just go off the record for a second.

                      - - -

           (Whereupon discussion was held off the record.)

```
 1        A.    I observed the parking lot, the blacktop
 2   driveways.
 3        Q.    What was the condition of the blacktop
 4   walkway into the -- or driveways into the hotel
 5   portico, as you recollect?
 6        A.    I saw blacktop.
 7        Q.    Did you walk on it?
 8        A.    Yes.
 9        Q.    And what was the condition as you walked
10   on it?
11        A.    It was clear.
12        Q.    It was clear. Was it slippery or was it
13   smooth or was it rough, as you recall?
14        A.    It was not slippery.
15        Q.    And you returned to, what did you do after
16   that?
17        A.    I then went back into the hotel.
18        Q.    And then what did you with respect to this
19   incident?
20        A.    Filled out an incident report.
21        Q.    And do we have that here as Exhibit
22   Number 2, I believe. I'm going to show you. And
23   it's a form that at the top reads 'Wyndham
24   Gettysburg, Report of Incident'. Is that the same
```

```
 1  on the same page?
 2       A.   Are you asking if the courtyard has a
 3  porte-cochere?
 4       Q.   Why don't you tell me -- the diagram that
 5  we have maybe would be helpful if you could just
 6  tell where is the Marriott, where is the Wyndham.
 7  This purple and orange doesn't do us any good
 8  because we got a black and white document.  Maybe if
 9  you labeled the Marriott and the Wyndham, we could
10  get some orientation and I wouldn't be struggling
11  and you wouldn't be struggling.
12            MR. PERRY:  Can we take a short break?
13                       - - -
14            (Whereupon recess was taken.)
15  BY MR. OARE:
16       Q.   You didn't take photographs.  Correct?
17       A.   Correct.
18       Q.   Because you didn't know where the incident
19  had occurred?
20       A.   Correct.
21       Q.   Do you recall what the weather was like
22  that morning?
23       A.   Cloudy.
24       Q.   Did you fill out any questions on this
```

```
 1  questionnaire regarding the weather conditions?
 2       A.    Conditions at time of incident.
 3       Q.    All right.  And you have checked off what?
 4       A.    I have checked off as day.
 5       Q.    And then over to the far right?
 6       A.    I have checked off ice.
 7       Q.    So that would indicate what?
 8       A.    That would indicate that on the ground,
 9  grassy areas, was a little bit of ice and snow left
10  over from previous days.
11       Q.    Now, it's February 1st, 2008.  You drove
12  in that day.  What is your recollection of your
13  drive in to work that morning?
14       A.    I had no problems, drove in to work,
15  walked across the employee parking lot with no
16  problems.
17       Q.    Now, under the description, I took you out
18  of context down to the conditions at the time.  But
19  there is a whole block above that under the block
20  'why, description of the incident'.  Now, you filled
21  that out.  Is that correct?
22       A.    The top portion.
23       Q.    Why don't you tell us what you filled
24  out?
```

1  A.   No. I'm sorry. Back up. You can, in the
2  hotel business, we provide a receipt under the door
3  the morning of the checkout.
4  Q.   I know. I hate that time of day.
5  A.   So this can be generated at that time as
6  well and anytime after. I could go print this today
7  if we had to.
8  Q.   So that last sentence where it reads
9  Mr. Myers informed us that the claimant and his wife
10 checked out of the hotel at 12 p.m. the same day
11 without mentioning the incident again. Correct?
12 A.   That is a correct statement. I would add
13 more to that.
14 Q.   Go ahead. Add more?
15 A.   I do not recall them coming to the front
16 desk to check out. Guests of the hotel do not have
17 to come to the front desk to check out. On the day
18 of, you know, when their departure date is, they can
19 just leave the hotel. So my statement there is more
20 of a vague statement that they did not come down to
21 the desk to check out. And referencing the 12 p.m.,
22 because that is our time of checkout. So anytime up
23 to that point and after, I do not recall if -- I do
24 not believe they came down to the front desk to

1  check out.
2  Q. So you don't know who checked out, whether
3  it was Mr. or Mrs. Helbing, and you don't know
4  when. You just know that the Helbings left the
5  hotel and that they didn't -- no one, either Mrs. or
6  Mr. Helbing mentioned anything about the incident
7  again?
8  A. Correct.
9  Q. Then under the 'loss location', it
10 indicates, again, these are statements that the
11 adjusters are attributing to you, Mr. Myers stated
12 after the claimant had walked away he, he, meaning
13 you, I would assume, stepped outside and was
14 thoroughly checking the asphalt and brick area. Is
15 that correct?
16 A. Sure.
17 Q. So you told the adjusters, After they
18 reported to me I walked outside and I looked
19 around?
20 A. Correct.
21 Q. Mr. Myers stated that the brick area is
22 covered and that the asphalt is more than likely
23 where the claimant had fallen. You already told us
24 you don't know exactly where he fell?

# EXHIBIT D

| QUALITY CONTROLLED LOCAL CLIMATOLOGICAL DATA (final) NOAA, National Climatic Data Center Month: 02/2008 | Station Location: YORK AIRPORT (93778) YORK, PA  Lat. 39.918   Lon. -76.874  Elevation(Ground): 472 ft. above sea level |
|---|---|

| Date | Temperature (Fahrenheit) | | | | | | Degree Days Base 65 Degrees | | Sun | | Significant Weather | Snow/Ice on Ground(In) | Precipitation (In) | | | Pressure(inches of Hg) | | Wind: Speed=mph Dir=tens of degrees | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Max | Min | Avg | Dep From Normal | Avg. Dew pt. | Avg Wet Bulb | Heating | Cooling | Sunrise LST | Sunset LST | | 1200 UTC Depth | 1800 UTC Water Equiv | 2400 LST Snow Fall | 2400 LST Water Equiv | Avg. Station | Avg. Sea Level | Resultant Speed | Res Dir | Avg. Speed | max 5-second Speed | Dir | max 2-minute Speed | Dir | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 01 | 41 | 32 | 37 | M | 30 | 34 | 28 | 0 | - | - | RA FZRA BR | M | M | M | 1.99 | 29.59 | 30.06 | 1.4 | 05 | 7.5 | 26 | 240 | 18 | 250 | 01 |

http://cdo.ncdc.noaa.gov/qclcd/QCLCD                                                              8/18/2010

U.S. Department of Commerce
National Oceanic & Atmospheric Administration

National Climatic Data Center
Federal Building
151 Patton Avenue
Asheville, North Carolina 28801

# QUALITY CONTROLLED LOCAL CLIMATOLOGICAL DATA
## (final)
## HOURLY OBSERVATIONS TABLE
## YORK AIRPORT (93778)
## YORK, PA
## (02/2008)

Elevation: 472 ft. above sea level
Latitude: 39.918
Longitude: -76.874
Data Version: VER2

| Date | Time (LST) | Station Type | Sky Conditions | Visibility (SM) | Weather Type | Dry Bulb Temp (F) | Dry Bulb Temp (C) | Wet Bulb Temp (F) | Wet Bulb Temp (C) | Dew Point Temp (F) | Dew Point Temp (C) | Rel Humd % | Wind Speed (MPH) | Wind Dir | Wind Gusts (MPH) | Station Pressure (in. hg) | Press Tend | Net 3-hr Chg (mb) | Sea Level Pressure (in. hg) | Report Type | Precip. Total (in) | Alti-meter (in. hg) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 01 | 0053 | 12 | BKN050 OVC120 | 10.00 | | 32 | 0.0 | 27 | -2.5 | 18 | -7.8 | 56 | 6 | 110 | | 29.94 | 8 | 019 | 30.48 | AA | | 30.46 |
| 01 | 0153 | 12 | OVC048 | 10.00 | | 33 | 0.6 | 28 | -2.3 | 17 | -8.3 | 52 | 5 | 130 | | 29.93 | | | 30.47 | AA | | 30.45 |
| 01 | 0253 | 12 | OVC044 | 10.00 | | 33 | 0.6 | 28 | -2.2 | 18 | -7.8 | 54 | 7 | 090 | | 29.88 | | | 30.42 | AA | | 30.40 |
| 01 | 0351 | 12 | BKN022 OVC040 | 10.00 | | 34 | 1.0 | 29 | -1.4 | 21 | -6.0 | 59 | 5 | 070 | | 29.82 | | | M | SP | | 30.34 |
| 01 | 0353 | 12 | BKN022 OVC040 | 10.00 | | 33 | 0.6 | 29 | -1.7 | 21 | -6.1 | 61 | 6 | 090 | | 29.82 | 8 | 040 | 30.36 | AA | | 30.34 |
| 01 | 0438 | 12 | OVC020 | 7.00 | FZRA | 32 | 0.0 | 29 | -1.4 | 25 | -4.0 | 75 | 7 | 100 | | 29.79 | | | M | SP | | 30.31 |
| 01 | 0453 | 12 | OVC020 | 4.00 | FZRA | 32 | 0.0 | 30 | -1.2 | 26 | -3.3 | 79 | 8 | 090 | | 29.78 | | | 30.32 | AA | 0.03 | 30.30 |
| 01 | 0502 | 12 | OVC018 | 6.00 | -FZRA | 32 | 0.0 | 30 | -1.0 | 27 | -3.0 | 82 | 8 | 080 | | 29.76 | | | M | SP | | 30.28 |
| 01 | 0526 | 12 | OVC018 | 10.00 | UP | 32 | 0.0 | 30 | -1.0 | 27 | -3.0 | 82 | 6 | 070 | | 29.75 | | | M | SP | | 30.27 |
| 01 | 0549 | 12 | OVC016 | 7.00 | -FZRA | 34 | 1.0 | 31 | -0.3 | 27 | -3.0 | 76 | 9 | 080 | | 29.73 | | | M | SP | | 30.25 |
| 01 | 0553 | 12 | OVC016 | 6.00 | -FZRA | 33 | 0.6 | 31 | -0.4 | 28 | -2.2 | 82 | 9 | 070 | | 29.73 | | | 30.27 | AA | 0.02 | 30.25 |
| 01 | 0604 | 12 | OVC014 | 4.00 | FZRA | 34 | 1.0 | 32 | -0.1 | 28 | -2.0 | 79 | 0 | 000 | | 29.75 | | | M | SP | | 30.27 |
| 01 | 0615 | 12 | OVC014 | 2.00 | FZRA BR | 34 | 1.0 | 32 | -0.1 | 28 | -2.0 | 79 | 0 | 000 | | 29.77 | | | M | SP | | 30.29 |
| 01 | 0633 | 12 | OVC014 | 2.50 | FZRA BR | 34 | 1.0 | 32 | -0.1 | 28 | -2.0 | 79 | 3 | 040 | | 29.77 | | | M | SP | | 30.29 |
| 01 | 0653 | 12 | OVC014 | 2.50 | FZRA BR | 33 | 0.6 | 32 | -0.0 | 30 | -1.1 | 89 | 0 | 000 | | 29.76 | 5 | 006 | 30.31 | AA | 0.23 | 30.28 |
| 01 | 0701 | 12 | OVC014 | 2.50 | +RA BR | 34 | 1.0 | 32 | 0.2 | 30 | -1.0 | 85 | 6 | 070 | | 29.75 | | | M | SP | | 30.27 |
| 01 | 0713 | 12 | BKN014 OVC045 | 4.00 | -RA BR | 34 | 1.0 | 32 | -0.1 | 28 | -2.0 | 79 | 13 | 070 | | 29.72 | | | M | SP | | 30.24 |
| 01 | 0725 | 12 | BKN014 BKN023 OVC043 | 4.00 | FZRA BR | 34 | 1.0 | 32 | 0.2 | 30 | -1.0 | 85 | 11 | 060 | | 29.71 | | | M | SP | | 30.23 |
| 01 | 0738 | 12 | SCT007 BKN014 OVC023 | 3.00 | FZRA BR | 34 | 1.0 | 32 | 0.2 | 30 | -1.0 | 85 | 10 | 060 | | 29.71 | | | M | SP | | 30.23 |
| 01 | 0746 | 12 | BKN007 BKN014 OVC023 | 2.50 | FZRA BR | 34 | 1.0 | 32 | 0.2 | 30 | -1.0 | 85 | 10 | 070 | | 29.69 | | | M | SP | | 30.21 |
| 01 | 0751 | 12 | BKN007 OVC014 | 3.00 | FZRA BR | 34 | 1.0 | 32 | 0.2 | 30 | -1.0 | 85 | 10 | 070 | | 29.68 | | | M | SP | | 30.20 |
| 01 | 0753 | 12 | BKN007 OVC014 | 3.00 | FZRA BR | 33 | 0.6 | 32 | -0.0 | 30 | -1.1 | 89 | 13 | 070 | | 29.68 | | | 30.22 | AA | 0.12 | 30.20 |
| 01 | 0802 | 12 | BKN007 OVC014 | 2.50 | FZRA BR | 34 | 1.0 | 32 | 0.2 | 30 | -1.0 | 85 | 14 | 070 | | 29.67 | | | M | SP | | 30.19 |
| 01 | 0814 | 12 | BKN007 OVC014 | 1.75 | FZRA BR | 34 | 1.0 | 32 | 0.2 | 30 | -1.0 | 85 | 13 | 060 | | 29.66 | | | M | SP | | 30.18 |
| 01 | 0840 | 12 | OVC007 | 1.75 | +RA BR | 34 | 1.0 | 32 | 0.2 | 30 | -1.0 | 85 | 0 | 000 | | 29.69 | | | M | SP | | 30.21 |
| 01 | 0853 | 12 | BKN007 OVC013 | 1.25 | +RA BR | 34 | 1.1 | 33 | 0.4 | 31 | -0.6 | 89 | 3 | 040 | | 29.67 | | | 30.21 | AA | 0.22 | 30.19 |
| 01 | 0904 | 12 | BKN007 OVC013 | 2.00 | RA BR | 34 | 1.0 | 32 | 0.2 | 30 | -1.0 | 85 | 0 | 000 | | 29.67 | | | M | SP | | 30.19 |
| 01 | 0920 | 12 | SCT007 OVC013 | 2.00 | +RA BR | 34 | 1.0 | 32 | 0.2 | 30 | -1.0 | 85 | 6 | 050 | | 29.64 | | | M | SP | | 30.16 |
| 01 | 0938 | 12 | OVC013 | 2.50 | -RA BR | 34 | 1.0 | 32 | 0.2 | 30 | -1.0 | 85 | 10 | 070 | | 29.61 | | | M | SP | | 30.13 |
| 01 | 0951 | 12 | FEW005 OVC013 | 3.00 | -RA BR | 34 | 1.0 | 33 | 0.6 | 32 | 0.0 | 92 | 8 | 050 | | 29.60 | | | M | SP | | 30.12 |
| 01 | 0953 | 12 | FEW005 BKN010 OVC015 | 3.00 | -RA BR | 34 | 1.1 | 33 | 0.6 | 32 | 0.0 | 92 | 9 | 050 | | 29.59 | 6 | 057 | 30.14 | AA | 0.12 | 30.11 |
| 01 | 0955 | 12 | SCT005 SCT010 OVC015 | 2.50 | RA BR | 34 | 1.0 | 32 | 0.2 | 30 | -1.0 | 85 | 8 | 050 | | 29.59 | | | M | SP | | 30.11 |
| 01 | 1000 | 12 | SCT005 OVC013 | 2.00 | RA BR | 34 | 1.0 | 33 | 0.6 | 32 | 0.0 | 92 | 6 | 050 | | 29.60 | | | M | SP | | 30.12 |
| 01 | 1011 | 12 | BKN005 OVC013 | 2.50 | RA BR | 34 | 1.0 | 33 | 0.6 | 32 | 0.0 | 92 | 7 | 070 | | 29.59 | | | M | SP | | 30.11 |
| 01 | 1024 | 12 | BKN005 OVC010 | 4.00 | -RA BR | 34 | 1.0 | 33 | 0.6 | 32 | 0.0 | 92 | 5 | 020 | | 29.59 | | | M | SP | | 30.11 |
| 01 | 1034 | 12 | OVC005 | 2.00 | +RA BR | 34 | 1.0 | 33 | 0.6 | 32 | 0.0 | 92 | 5 | 040 | | 29.58 | | | M | SP | | 30.10 |
| 01 | 1042 | 12 | OVC005 | 1.50 | RA BR | 34 | 1.0 | 33 | 0.6 | 32 | 0.0 | 92 | 5 | 040 | | 29.56 | | | M | SP | | 30.08 |
| 01 | 1051 | 12 | OVC005 | 2.00 | -RA BR | 34 | 1.0 | 33 | 0.6 | 32 | 0.0 | 92 | 7 | 050 | | 29.55 | | | M | SP | | 30.07 |
| 01 | 1053 | 12 | OVC005 | 1.75 | -RA BR | 34 | 1.1 | 33 | 0.6 | 32 | 0.0 | 92 | 6 | 050 | | 29.54 | | | 30.09 | AA | 0.09 | 30.06 |
| 01 | 1110 | 12 | OVC005 | 2.00 | -RA BR | 34 | 1.0 | 33 | 0.6 | 32 | 0.0 | 92 | 9 | 060 | | 29.52 | | | M | SP | | 30.03 |
| 01 | 1122 | 12 | BKN003 OVC009 | 1.75 | -RA BR | 36 | 2.0 | 34 | 1.3 | 32 | 0.0 | 85 | 6 | 070 | 16 | 29.49 | | | M | SP | | 30.01 |
| 01 | 1132 | 12 | OVC003 | 2.00 | RA BR | 36 | 2.0 | 34 | 1.3 | 32 | 0.0 | 85 | 8 | 070 | | 29.49 | | | M | SP | | 30.01 |
| 01 | 1151 | 12 | OVC003 | 1.25 | RA BR | 36 | 2.0 | 34 | 1.3 | 32 | 0.0 | 85 | 8 | 070 | | 29.47 | | | M | SP | | 29.98 |
| 01 | 1153 | 12 | OVC003 | 1.25 | RA BR | 35 | 1.7 | 34 | 0.9 | 32 | 0.0 | 89 | 7 | 070 | | 29.47 | | | 30.00 | AA | 0.05 | 29.98 |
| 01 | 1214 | 12 | OVC005 | 1.00 | +RA BR | 36 | 2.0 | 35 | 1.7 | 34 | 1.0 | 92 | 3 | 040 | | 29.45 | | | M | SP | | 29.97 |
| 01 | 1231 | 12 | OVC005 | 1.50 | -RA BR | 36 | 2.0 | 35 | 1.7 | 34 | 1.0 | 92 | 0 | 000 | | 29.45 | | | M | SP | | 29.97 |
| 01 | 1248 | 12 | BKN003 OVC007 | 1.50 | RA BR | 36 | 2.0 | 34 | 1.3 | 32 | 0.0 | 85 | 5 | 050 | | 29.41 | | | M | SP | | 29.92 |
| 01 | 1253 | 12 | OVC003 | 1.50 | +RA BR | 35 | 1.7 | 34 | 1.2 | 33 | 0.6 | 92 | 6 | 060 | | 29.39 | 8 | 025 | 29.92 | AA | 0.22 | 29.91 |
| 01 | 1324 | 12 | OVC003 | 0.75 | +RA BR | 36 | 2.0 | 35 | 1.7 | 34 | 1.0 | 92 | 6 | 070 | | 29.34 | | | M | SP | | 29.85 |
| 01 | 1332 | 12 | OVC003 | 1.00 | +RA BR | 37 | 3.0 | 37 | 2.5 | 36 | 2.0 | 96 | 8 | 080 | | 29.34 | | | M | SP | | 29.85 |
| 01 | 1339 | 12 | OVC003 | 1.50 | +RA BR | 37 | 3.0 | 37 | 2.5 | 36 | 2.0 | 96 | 6 | 060 | | 29.33 | | | M | SP | | 29.84 |
| 01 | 1351 | 12 | OVC003 | 1.00 | +RA BR | 37 | 3.0 | 37 | 2.5 | 36 | 2.0 | 96 | 8 | 060 | | 29.31 | | | M | SP | | 29.82 |
| 01 | 1353 | 12 | OVC003 | 1.00 | +RA BR | 37 | 2.8 | 36 | 2.3 | 35 | 1.7 | 93 | 7 | 060 | | 29.31 | | | 29.84 | AA | 0.33 | 29.82 |
| 01 | 1411 | 12 | OVC003 | 1.50 | +RA BR | 37 | 3.0 | 37 | 2.5 | 36 | 2.0 | 96 | 6 | 050 | | 29.29 | | | M | SP | | 29.80 |
| 01 | 1449 | 12 | SCT003 BKN007 OVC012 | 1.50 | RA BR | 39 | 4.0 | 38 | 3.4 | 37 | 3.0 | 93 | 7 | 080 | | 29.24 | | | M | SP | | 29.75 |
| 01 | 1451 | 12 | BKN005 OVC012 | 1.75 | RA BR | 39 | 4.0 | 38 | 3.4 | 37 | 3.0 | 93 | 8 | 070 | | 29.24 | | | M | SP | | 29.75 |
| 01 | 1453 | 12 | BKN005 OVC012 | 1.75 | RA BR | 40 | 4.4 | 39 | 3.9 | 38 | 3.3 | 93 | 7 | 070 | | 29.24 | | | 29.77 | AA | 0.27 | 29.75 |
| 01 | 1530 | 12 | OVC003 | 1.50 | RA BR | 41 | 5.0 | 39 | 4.0 | 37 | 3.0 | 85 | 7 | 080 | | 29.21 | | | M | SP | | 29.72 |
| 01 | 1553 | 12 | OVC003 | 1.50 | RA BR | 41 | 5.0 | 40 | 4.5 | 39 | 3.9 | 93 | 7 | 080 | | 29.20 | 6 | 067 | 29.72 | AA | 0.22 | 29.71 |
| 01 | 1609 | 12 | BKN003 BKN010 OVC014 | 2.00 | -RA BR | 41 | 5.0 | 40 | 4.5 | 39 | 4.0 | 93 | 3 | 070 | | 29.19 | | | M | SP | | 29.70 |
| 01 | 1616 | 12 | BKN003 BKN010 OVC016 | 1.50 | -RA BR | 41 | 5.0 | 40 | 4.5 | 39 | 4.0 | 93 | 9 | 260 | | 29.22 | | | M | SP | | 29.73 |
| 01 | 1621 | 12 | BKN003 BKN008 OVC013 | 2.50 | -RA BR | 39 | 4.0 | 38 | 3.4 | 37 | 3.0 | 93 | 14 | 260 | 21 | 29.23 | | | M | SP | | 29.74 |
| 01 | 1627 | 12 | BKN003 BKN008 OVC013 | 1.75 | +RA BR | 37 | 3.0 | 37 | 2.5 | 36 | 2.0 | 96 | 14 | 270 | 21 | 29.22 | | | M | SP | | 29.73 |
| 01 | 1653 | 12 | OVC003 | 1.75 | BR | 37 | 2.8 | 36 | 2.3 | 35 | 1.7 | 93 | 10 | 300 | | 29.22 | | | 29.75 | AA | 0.05 | 29.73 |
| 01 | 1709 | 12 | OVC003 | 2.00 | BR | 37 | 3.0 | 37 | 2.5 | 36 | 2.0 | 96 | 5 | 260 | | 29.23 | | | M | SP | | 29.74 |
| 01 | 1717 | 12 | BKN003 OVC017 | 2.50 | BR | 37 | 3.0 | 37 | 2.5 | 36 | 2.0 | 96 | 6 | 270 | | 29.23 | | | M | SP | | 29.74 |
| 01 | 1729 | 12 | BKN003 OVC017 | 4.00 | BR | 37 | 3.0 | 37 | 2.5 | 36 | 2.0 | 96 | 9 | 260 | | 29.25 | | | M | SP | | 29.76 |
| 01 | 1738 | 12 | SCT003 OVC017 | 7.00 | | 37 | 3.0 | 37 | 2.5 | 36 | 2.0 | 96 | 8 | 270 | | 29.25 | | | M | SP | | 29.76 |
| 01 | 1753 | 12 | FEW004 BKN017 OVC025 | 8.00 | | 37 | 2.8 | 36 | 2.0 | 34 | 1.1 | 89 | 7 | 290 | | 29.25 | | | 29.78 | AA | | 29.76 |
| 01 | 1812 | 12 | FEW004 SCT025 | 10.00 | | 36 | 2.0 | 35 | 1.7 | 34 | 1.0 | 92 | 3 | 260 | | 29.24 | | | M | SP | | 29.75 |
| 01 | 1853 | 12 | FEW005 BKN080 BKN095 | 7.00 | | 35 | 1.7 | 34 | 1.2 | 33 | 0.6 | 92 | 5 | 290 | | 29.27 | 1 | 024 | 29.79 | AA | | 29.78 |
| 01 | 1953 | 12 | OVC085 | 10.00 | | 36 | 2.2 | 35 | 1.5 | 33 | 0.6 | 89 | 5 | 280 | | 29.30 | | | 29.83 | AA | | 29.81 |
| 01 | 2053 | 12 | SCT070 OVC080 | 10.00 | | 40 | 4.4 | 37 | 3.0 | 34 | 1.1 | 79 | 8 | 240 | | 29.33 | | | 29.86 | AA | | 29.84 |
| 01 | 2153 | 12 | FEW030 BKN065 OVC085 | 10.00 | -RA | 40 | 4.4 | 37 | 2.8 | 33 | 0.6 | 76 | 13 | 260 | 18 | 29.38 | 3 | 037 | 29.91 | AA | T | 29.89 |
| 01 | 2253 | 12 | SCT041 OVC090 | 10.00 | | 39 | 3.9 | 36 | 2.0 | 31 | -0.6 | 73 | 16 | 250 | 24 | 29.39 | | | 29.93 | AA | 0.01 | 29.91 |
| 01 | 2353 | 12 | BKN044 | 10.00 | | 39 | 3.9 | 35 | 1.6 | 29 | -1.7 | 67 | 11 | 270 | 21 | 29.44 | | | 29.98 | AA | | 29.96 |

*Dynamically generated Wed Aug 18 09:49:32 EDT 2010 via http://cdo.ncdc.noaa.gov/qclcd/QCLCD*

U.S. Department of Commerce
National Oceanic & Atmospheric
Administration

**QUALITY CONTROLLED LOCAL
CLIMATOLOGICAL DATA
(final)
HOURLY REMARKS OBSERVATIONS
TABLE
YORK AIRPORT (93778)
YORK , PA
(02/2008)**

National Climatic Data Center
Federal Building
151 Patton Avenue
Asheville, North Carolina 28801

Elevation: 472 ft. above sea level
Latitude: 39.918
Longitude: -76.874
Data Version: VER2

| Date | Time | Remarks |
|---|---|---|
| 01 | 0053 | AO2 SLP321 T00001078 10006 21044 58019 |
| 01 | 0153 | AO2 SLP319 T00061083 |
| 01 | 0253 | AO2 SLP300 T00061078 |
| 01 | 0351 | AO2 FIBI |
| 01 | 0353 | AO2 SLP280 T00061061 58040 |
| 01 | 0438 | AO2 RAB16E37FZRAB37 P0000 |
| 01 | 0453 | AO2 RAB16E37FZRAB37 SLP268 P0003 T00001033 |
| 01 | 0502 | AO2 PRESFR P0000 |
| 01 | 0526 | AO2 UPB20FZRAE20 P0000 |
| 01 | 0549 | AO2 UPB20E40RAB40E43FZRAE20B43 P0001 |
| 01 | 0553 | AO2 UPB20E40RAB40E43FZRAE20B43 SLP249 P0002 T00061022 |
| 01 | 0604 | AO2 P0001 |
| 01 | 0615 | AO2 P0005 |
| 01 | 0633 | AO2 P0013 |
| 01 | 0653 | AO2 SLP263 P0020 60025 70025 T00061011 10006 20000 55006 |
| 01 | 0701 | AO2 RAB1155FZRAE1155 P0003 |
| 01 | 0713 | AO2 RAB1155FZRAE1155 P0005 |
| 01 | 0725 | AO2 RAB1155E22FZRAE1155B22 P0007 |
| 01 | 0738 | AO2 RAB1155E22FZRAE1155B22 P0010 |
| 01 | 0746 | AO2 RAB1155E22FZRAE1155B22 CIG 005V009 P0012 |
| 01 | 0751 | AO2 RAB1155E22FZRAE1155B22 CIG 004V009 PRESFR P0013 FIBI |
| 01 | 0753 | AO2 RAB1155E22FZRAE1155B22 CIG 004V009 PRESFR SLP233 P0013 T00061011 |
| 01 | 0802 | AO2 VIS 2V3 CIG 004V011 P0003 |
| 01 | 0814 | AO2 VIS 1 1/4V3 CIG 004V010 P0007 |
| 01 | 0840 | AO2 RAB34FZRAE34 CIG 005V010 P0017 |
| 01 | 0853 | AO2 RAB34FZRAE34 CIG 005V010 SLP231 P0023 T00111006 |
| 01 | 0904 | AO2 CIG 005V009 P0002 |
| 01 | 0920 | AO2 P0007 |
| 01 | 0938 | AO2 P0010 |
| 01 | 0951 | AO2 P0011 FIBI |
| 01 | 0953 | AO2 CIG 009V012 PRESFR SLP205 P0011 60047 T00110000 56057 |
| 01 | 0955 | AO2 P0001 |
| 01 | 1000 | AO2 P0002 |
| 01 | 1011 | AO2 CIG 004V009 P0004 |
| 01 | 1024 | AO2 P0005 |
| 01 | 1034 | AO2 VIS 1 1/4V4 P0008 |
| 01 | 1042 | AO2 PRESFR P0010 |
| 01 | 1051 | AO2 CIG 003V009 PRESFR P0010 FIBI |
| 01 | 1053 | AO2 CIG 003V009 PRESFR SLP188 P0010 T00110000 |
| 01 | 1110 | AO2 CIG 003V006 PRESFR P0001 |
| 01 | 1122 | AO2 CIG 003V007 PRESFR P0001 |
| 01 | 1132 | AO2 CIG 003V008 P0002 |
| 01 | 1151 | AO2 CIG 003V007 PRESFR P0006 |
| 01 | 1153 | AO2 CIG 003V007 PRESFR SLP159 P0006 T00170000 |
| 01 | 1214 | AO2 CIG 002V008 P0007 |
| 01 | 1231 | AO2 CIG 002V008 P0014 |
| 01 | 1248 | AO2 CIG 001V005 P0020 |
| 01 | 1253 | AO2 CIG 001V005 PRESFR SLP133 P0022 60085 T00170006 10017 20006 58025 |
| 01 | 1324 | AO2 PRESFR P0016 |
| 01 | 1332 | AO2 P0019 |
| 01 | 1339 | AO2 P0023 |
| 01 | 1351 | AO2 PRESFR P0029 FIBI |
| 01 | 1353 | AO2 PRESFR SLP105 P0030 T00280017 |
| 01 | 1411 | AO2 CIG 002V007 P0010 |
| 01 | 1449 | AO2 P0027 |
| 01 | 1451 | AO2 P0028 FIBI |
| 01 | 1453 | AO2 SLP081 P0028 T00440033 |
| 01 | 1530 | AO2 CIG 002V006 P0017 |
| 01 | 1553 | AO2 SLP065 P0024 60082 T00500039 56067 |

http://cdo.ncdc.noaa.gov/qclcd/QCLCD

8/18/2010

| 01 | 1609 | AO2 P0003 |
| 01 | 1616 | AO2 PRESRR P0003 |
| 01 | 1621 | AO2 PRESRR P0004 |
| 01 | 1627 | AO2 P0006 |
| 01 | 1653 | AO2 RAE50UPB47E49 SLP075 P0006 T00280017 |
| 01 | 1709 | AO2 |
| 01 | 1717 | AO2 |
| 01 | 1729 | AO2 |
| 01 | 1738 | AO2 |
| 01 | 1753 | AO2 SLP083 T00280011 |
| 01 | 1812 | AO2 |
| 01 | 1853 | AO2 SLP089 60088 T00170006 10050 20017 51024 |
| 01 | 1953 | AO2 SLP100 T00220006 |
| 01 | 2053 | AO2 SLP112 T00440011 |
| 01 | 2153 | AO2 RAB42 SLP127 P0000 60000 T00440006 53037 |
| 01 | 2253 | AO2 RAE10 SLP135 P0001 T00391006 |
| 01 | 2353 | AO2 SLP151 T00391017 400500000 |

*Dynamically generated Wed Aug 18 09:51:02 EDT 2010 via http://cdo.ncdc.noaa.gov/qclcd/QCLCD*

U.S. Department of Commerce
National Oceanic & Atmospheric
Administration
Data Version: VER2

**QUALITY CONTROLLED LOCAL CLIMATOLOGICAL DATA**
**(final)**
**HOURLY PRECIPITATION TABLE**
**YORK AIRPORT (93778)**
**YORK , PA**
**(02/2008)**

National Climatic Data Center
Federal Building
151 Patton Avenue
Asheville, North Carolina 28801

| | A.M. HOUR(L.S.T) ENDING AT | | | | | | | | | | | | | P.M. HOUR(L.S.T) ENDING AT | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | DT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | DT |
| 01 | | | | 0.03 | 0.02 | 0.23 | 0.12 | 0.22 | 0.12 | 0.09 | 0.06 | | 01 | 0.22 | 0.33 | 0.27 | 0.22 | 0.05 | | | | | T | 0.01 | | 01 |